UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **24-2415, 24-2450 & 24-2506**

Association of New Jersey Rifle and Pistol Clubs, Inc. v. Attorney General New Jersey
Cheeseman v. Attorney General New Jersey
Ellman v. Attorney General New Jersey
(D.N.J. Nos. 1-18-cv-10507; 1-22-cv-04360; & 1-22-cv-04397)

**ORDER**

The above-docketed appeals are hereby consolidated for purposes of briefing, scheduling, joint appendix, and disposition. The parties are encouraged to consult with one another regarding the contents of their briefs as the Court disfavors repetitive briefs. The parties may file a consolidated brief or join in or adopt portions by reference. See Fed. R. App. P. 28(i).

The following briefing schedule will be issued in these cases at the appropriate time:

Step 1: Appellants in Nos. 24-2415 and 24-2506 shall file their opening briefs and the joint appendix pertaining to all three (3) appeals within 40 days of the date the briefing schedule is issued;

Step 2: Appellees/Cross-Appellants in No. 24-2450 shall file their brief, opening as to their issues on appeal in No. 24-2450 and responsive as to the Step 1 briefs in Nos. 24-2415 and 24-2506, within 30 days of the date of service of the last Step 1 brief;

Step 3: All remaining Appellees shall file their brief(s), responsive as to the Step 1 and Step 2 briefs, within 30 days of the date of service of the Step 2 brief;

Step 4: Appellants in Nos. 24-2415 and 24-2506 shall file their briefs, responsive as to the Step 2 brief in No. 24-2450 and in reply as to their own issues on appeal in Nos. 24-2415 and 24-2506, within 30 days of the date of service of the last Step 3 brief; and

Step 5:  Appellees/Cross-Appellants in No. 24-2450 shall file their reply brief as to issues raised in No. 24-2450 within 21 days of the date of service of the last Step 4 brief.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: August 22, 2024
JK/cc:  All Counsel of Record