# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Mark Cheeseman, et al. v. Platkin, et al.

APPEAL FROM DISTRICT COURT:
District: District of New Jersey
D.C. Docket No.: 22-04360-RMB-JBD
Date proceedings initiated in D.C.: June 30, 2022
Date Notice of Appeal filed: July 30, 2024
USCA No.: 24-2415

## COUNSEL ON APPEAL

**Appellant(s)**: Mark Cheeseman, Timothy Connolly, and Firearms Policy Coalition, Inc.
Name of Counsel: Bradley P. Lehman
Name of Party(ies): Mark Cheeseman, Timothy Connolly, and Firearms Policy Coalition, Inc.
Address: 1201 N. Orange Street, Suite 300, Wilmington, Delaware 19801
Telephone No.: 302-425-5800
Fax No.: 302-425-5814
E-mail: blehman@gsbblaw.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Daniel M. Vannella, Angela Cai, Rachel Manning, and Christopher J. Ioannou
Name of Party(ies): Matthew J. Platkin, Patrick J. Callahan, Christine A. Hoffman, and Bradley D. Billhimer
Address: Office of the NJ Attorney General, 25 Market Street, PO Box 093, Trenton, New Jersey 08625
Telephone No.: 609-376-2735
Fax No.: 609-341-5031
E-mail: rachel.manning@law.njoag.gov

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal?  Yes ☐  No ☑
Appeals Docket No.:

Was there a previous appeal in case?  Yes ☐  No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?  Yes ✓  No ☐
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes ☐  No ☐

If you answered yes to either "a" or "b" please provide:
Case Name: Association of New Jersey Rifle and Pistol Clubs Inc., et al. v. Attorney General New Jersey, et al.
D.C. Docket No.: 18-10507-PGS-JBD
Court or Agency: United States District Court for the District of New Jersey
Docket Number: _____
Citation, if reported: _____

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
✓ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify: _____

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify: _____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify: _____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify: _____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify: _____
☐ OTHER Specify: _____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 20th day of September, 2024.

Signature of Counsel: /s/ Bradley P. Lehman