UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: Mark Cheeseman, et al. v. Platkin, et al.

USCA NO.: 24-2415

LOWER COURT or AGENCY and DOCKET NUMBER:
District of New Jersey; Case No. 22-04360-RMB-JBD

NAME OF JUDGE: Hon. Renee Marie Bumb

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

Mark Cheeseman, Timothy Connolly, and Firearms Policy Coalition, Inc. (the "Cheeseman Plaintiffs") sued New Jersey officials in their official capacities due to the violation of fundamental Second Amendment rights by a New Jersey statutory scheme banning commonly possessed, so-called "assault firearms" ("New Jersey's Ban"). The Cheeseman Plaintiffs are the Appellants in this appeal who seek declaratory and injunctive relief striking down New Jersey's Ban as unconstitutional. The New Jersey officials who were the Defendants below have cross-appealed.

The Cheeseman Plaintiffs appeal from the District of New Jersey's July 30, 2024, memorandum opinion resolving the parties' cross-motions for summary judgment.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.
- July 30, 2024, Memorandum Opinion of the Hon. Peter G. Sheridan, U.S.D.J., resolving the parties' cross-motions for summary judgment

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

The Cheeseman Plaintiffs filed suit challenging New Jersey's Assault Firearms Law (N.J. Stat. Ann. §§ 2C:39-l(w), 2C:39-5(f); N.J. Stat. Ann § 2C:39-9(g); N.J. Stat. Ann. 2C:58-5) as unconstitutional under the Second and Fourteenth Amendments to the U.S. Constitution. The challenged statutory scheme bans, inter alia, possession of so-called "assault firearms" by law-abiding New Jersey residents.

Following discovery, the parties filed cross-motions for summary judgment. The district court resolved the cross-motions for summary judgment on July 30, 2024, when it purported to rule in favor of the Cheeseman Plaintiffs on stare decisis grounds while actually limiting the scope of its opinion to such a significant extent that it effectively denied summary judgment to the Cheeseman Plaintiffs. The district court ruled that New Jersey's Ban was unconstitutional as to one specific model of banned semiautomatic firearm (and perhaps only one specific brand name of that model) while allowing the ban to stay in place with respect to the remainder of the banned semiautomatic firearms covered by the challenged statutes.

Identify the issues to be raised on appeal:

Whether the district court erred by effectively denying summary judgment to the Cheeseman Plaintiffs when it issued its memorandum opinion dramatically limiting the scope of its opinion such that New Jersey's unconstitutional ban on commonly possessed semiautomatic firearms remains largely in place.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this 20th day of September, 20 24.

/s/ Bradley P. Lehman

Signature of Counsel

Rev. 07/2015