OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995



September 27, 2024

Kathleen N. Fennelly
McElroy Deutsch Mulvaney & Carpenter
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

Mitchell B. Jacobs
Cleary Giacobbe Alfieri & Jacobs
955 State Route 34
Suite 200
Matawan, NJ 07747

RE: Association of New Jersey Rifle and Pistol Clubs I, et al v. Attorney General
New Jersey, et al
Case Number: 24-2415
District Court Case Number: 1-22-cv-04397
District Court Case Number: 1-18-cv-10507
District Court Case Number: 1-22-cv-04360

Dear Counsel:

Pursuant to our docketing letter dated **August 6, 2024**, you were requested
electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **seven (7) days** of the date of this
letter. **If the forms are not filed within the time stated, it will be presumed that**

**you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ James King
Case Manager
Direct Dial: 267-299-4958

cc:     William V. Bergstrom, Esq.
Angela Cai, Esq.
Nicholas Gallagher, Esq.
Christopher J. Ioannou, Esq.
Bradley Lehman, Esq.
Rachel Manning, Esq.
Erin E. Murphy, Esq.
Peter A. Patterson, Esq.
Matthew Rowen, Esq.
Daniel L. Schmutter, Esq.
Timothy Sheehan, Esq.
David H. Thompson, Esq.
Daniel M. Vannella, Esq.