**Clement & Murphy**
PLLC

October 4, 2024

**VIA ECF**
Patricia Dodszuweit
Clerk of the Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

  Re: *ANJRPC v. Platkin*; *Cheeseman v. Platkin*; *Ellman v. Platkin*
     24-2415; 24-2450; 24-2506

Dear Ms. Dodszuweit:

  Plaintiffs-Appellants-Cross-Appellees Association of New Jersey Rifle and Pistol Clubs, Inc., Blake Ellman, Thomas R. Rogers, and Marc Weinberg (together, "*ANJRPC* and *Ellman* Plaintiffs"), Plaintiffs-Appellants-Cross-Appellees Firearms Policy Coalition, Inc., Mark Cheeseman, and Timothy Connelly (together, "*Cheeseman* Plaintiffs," and collectively with *ANJRPC* and *Ellman* Plaintiffs, "Plaintiffs"), Defendants-Appellees-Cross-Appellants Attorney General of New Jersey, Superintendent of New Jersey State Police, Ocean County Prosecutor, and Acting Gloucester County Prosecutor (collectively, "State Defendants"), Defendant-Appellee-Cross-Appellant Lt. Ryan McNamee, and Defendant-Appellee Cross-Appellant Kenneth Brown, Jr., jointly write regarding the Court's Order dated October 2, 2024, which requests a corrected Joint Motion to modify the Court's briefing schedule in the above-captioned cases.

  Counsel in the consolidated appeals have conferred, and we jointly request that the Court modify the briefing schedule as follows:

1) Delete Step 3 from the proposed briefing schedule in the Court's August 22, 2024 order. The only parties who fall into the category Step 3 covers are Defendant-Appellee-Cross-Appellant McNamee and Defendant-Appellee-Cross-Appellant Brown, and counsel for both have represented that neither intends to file a brief in these consolidated appeals.

2) Accordingly, move the deadlines for Steps 4 and 5 earlier by 30 days each.

3) Additionally, State Defendants have requested, and Plaintiffs have consented to, an extension of 21 days for their Stage 2 briefs, to reflect the 14-day extension provided for in Third Circuit Rule 31.4 and to avoid burdening the intervening holidays.

  Consistent with the foregoing, the parties jointly move the Court and respectfully request that the Court enter the following schedule:

Step 1: Appellants in Nos. 24-2415 and 24-2506 shall file their opening briefs and joint appendix pertaining to all three (3) appeals by or on November 18, 2024.

Step 2: Appellees/Cross-Appellants in No. 24-2450 shall file their brief, opening as to their issues on appeal in No. 24-2450 and responsive as to the Step 1 briefs in Nos. 24-2415 and 24-2506, by or on January 8, 2025.

Step 3: Appellants in Nos. 24-2415 and 24-2506 shall file their briefs, responsive as to the Step 2 brief in No. 24-2450 and in reply as to their own issues on appeal in Nos. 24-2415 and 24-2506, by or on February 7, 2025.

Step 4: Appellees/Cross-Appellants in No. 24-2450 shall file their reply brief as to issues raised in No. 24-2450 by or on February 28, 2025.[1]

Respectfully submitted,

s/Christopher J. Ioannou
CHRISTOPHER J. IOANNOU
OFFICE OF THE NEW JERSEY
 ATTORNEY GENERAL
25 Market Street
Hughes Justice Complex
Trenton, NJ 08625
(862) 350-5800
christopher.ioannou@njoag.gov

Counsel for State Defendants

s/Matthew D. Rowen
MATTHEW D. ROWEN
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
matthew.rowen@clementmurphy.com

Counsel for *ANJRPC* and *Ellman* Plaintiffs

s/Mitchell B. Jacobs
MITCHELL B. JACOBS
CLEARY GIACOBBE ALFIERI
 & JACOBS, LLC
955 State Route 34
Suite 200
Matawan, NJ 07747
mjacobs@cgajlaw.com

Counsel for Kenneth Brown, Jr.

s/David H. Thompson
DAVID H. THOMPSON
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

Counsel for *Cheeseman* Plaintiffs

cc:   All counsel (via ECF)

---

[1] The parties reserve the right to seek extensions on Steps 3 and 4, should cause arise.