Case: 24-2415 Document: 43 Page: 1 Date Filed: 01/15/2025

**No.** 24-2415, 24-2450, 24-2506

Cheeseman et al _____ vs. Attorney General of NJ et al. _____

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Giffords Law Center et al. (additional parties on attached sheet)

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)    ☐ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☐ Appellee(s)    ☑ Amicus Curiae

(Type or Print) Counsel's Name  Linda H. Martin

☐ Mr.  ☑ Ms.  ☐ Mrs.  ☐ Miss  ☐ Mx.

Firm  Freshfields US LLP

Address  3 World Trade Center, 175 Greenwich St., 51st Floor

City, State, Zip Code  New York, NY 10007

Phone 212-277-4000          Fax

**Primary E-Mail Address (required)**  linda.martin@freshfields.com
**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____
**Additional E-Mail Address (3)** _____

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

## SIGNATURE OF COUNSEL: /s/ Linda H. Martin

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

24-2415, 24-2450, 24-2506

Cheeseman et al. v. Attorney General of New Jersey et al.

**<u>Entry of Appearance for Additional Parties:</u>**

Brady Center to Prevent Gun Violence

March for Our Lives

BlueWaveNJ

Ceasefire NJ Project of the Princeton-based Coalition for Peace Action

National Council of Jewish Women–Essex County Section

Unitarian Universalist FaithAction New Jersey

United Mercer Interfaith Organization