

March 3, 2025

**VIA ECF**
Patricia Dodszuweit
Clerk of the Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    ***ANJRPC v. Platkin***; ***Cheeseman v. Platkin***; ***Ellman v. Platkin***
             24-2415; 24-2450; 24-2506

Dear Ms. Dodszuweit:

    I represent the *ANJRPC* and *Ellman* Plaintiffs in the above-referenced consolidated appeals. The *ANJRPC* and *Ellman* Plaintiffs have been represented by attorneys at the law firms Clement & Murphy, PLLC and Hartman & Winnicki, P.C. I will be leaving Clement & Murphy effective March 3, 2025, and thus respectfully request to withdraw as counsel for the *ANJRPC* and *Ellman* Plaintiffs, who will continue to be represented by Paul D. Clement, Erin E. Murphy, and Matthew D. Rowen of Clement & Murphy and Daniel L. Schmutter of Hartman & Winnicki.

                                                Respectfully submitted,

                                                s/Nicholas M. Gallagher
                                                Nicholas M. Gallagher

cc:    All counsel (via ECF)