UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## Nos. 24-2415, 24-2450 & 24-2506

Association of New Jersey Rifle and Pistol Clubs, Inc. v. Attorney General New Jersey
Cheeseman v. Attorney General New Jersey
Ellman v. Attorney General New Jersey
(D.N.J. Nos. 1-18-cv-10507; 1-22-cv-04360; & 1-22-cv-04397)

To:  Clerk

    1)    Motion by Linda H. Martin, Esq., to Withdraw as Counsel
_____

The foregoing motion is granted.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: April 24, 2025
Gch/cc: All Counsel of Record