# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2415, 24-2450, 24-2506

Ass'n of N.J. Rifle & Pistol Clubs, Inc., et al. vs. Att'y Gen. N.J., et al.

Calendar Date: 06/30/2025

Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Erin E. Murphy

Designation of Arguing Counsel: Erin E. Murphy

Member of the Bar: ✔ Yes ☐ No

Representing (check only one):

☐ Petitioner(s)   ✔ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☐ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

Ass'n of N.J. Rifle & Pistol Clubs, Inc.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)