# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2415, 24-2450, 24-2506

Association of New Jersey Rifle & Pistol Clubs, Inc., et al. vs. Attorney General of New Jersey, et al.

Calendar Date: 06/30/2025      Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Jeremy M. Feigenbaum

Designation of Arguing Counsel: Jeremy M. Feigenbaum

Member of the Bar:   ☑ Yes     ☐ No

Representing (check only one):

☐ Petitioner(s)     ☐ Appellant(s)     ☐ Intervenor(s)

☐ Respondent(s)     ☑ Appellee(s)     ☐ Amicus Curiae

Please list the name of the lead party being represented:

Attorney General of New Jersey

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)