**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. _____ 24-2415, 24-2450, 24-2506

Association of New Jersey Rifle And Pistol Clubs, Inc., et al    vs.    Attorney General New Jersey
_____         _____

Calendar Date _____July 1, 2025_____        Location _____Philadelphia, PA_____

**DIVISION OF ARGUMENT TIME FOR MULTIPLE COUNSEL**

The Court of Appeals for the Third Circuit requests counsel for each side to divide the allotted argument time among the parties when multiple briefs are filed by multiple counsel.  In many instances, the Court discourages multiple counsel arguing when a joint brief is filed.  If multiple counsel request argument when a joint brief is filed, counsel must indicate the party or issue(s) and the division of time for each counsel, and such requests will be submitted to the Court for approval prior to oral argument.

Counsel for Appellant(s), Petitioner(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
|---|---|---|
| Erin E. Murphy | 10 | ANJRPC/Ellman Plaintiffs |
| William V. Bergstrom | 5 | Cheeseman Plaintiffs |
| | | |

Counsel for Appellee(s), Respondent(s), or Intervenor(s) in order of argument:

| Name of Counsel | Division of Time | Party/Issue(s) |
|---|---|---|
| | | |
| | | |
| | | |