# Cooper & Kirk
### Lawyers
A Professional Limited Liability Company

David H. Thompson  
dthompson@cooperkirk.com

1523 New Hampshire Avenue, N.W.  
Washington, D.C.  20036

(202) 220-9600  
Fax (202) 220-9601

June 30, 2025

**VIA CM/ECF**
Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals
  for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      RE: *Association of New Jersey Rifle and Pistol Clubs, Inc. v. Attorney General*, Nos. 24-2415, 24-2450, and 24-2506

Dear Ms. Dodszuweit:

      I write to bring to the Court's attention the Supreme Court's recent decision in *Smith & Wesson Brands, Inc. v. Estados Unidos Mexicanos*, 145 S. Ct. 1556 (2025).

      In *Smith & Wesson*, the Supreme Court rejected Mexico's argument that firearms manufacturers aided and abetted unlawful sales of firearms to Mexican traffickers by making the "design and marketing decisions" to manufacture " 'military style' assault weapons, … includ[ing] AR-15 rifles, AK-47 rifles, and .50 caliber sniper rifles." *Id.* at 1569. The Supreme Court unanimously held that this argument failed because "those products are both widely legal and bought by many ordinary consumers. (The AR-15 is the most popular rifle in the country.)" *Id.* Because these statements were "necessary to the result" of *Smith & Wesson Brands*, they are not mere dicta but rather binding authority. *Seminole Tribe of Fla. v. Florida*, 517 U.S. 44, 59 (1996).

# Cooper & Kirk
Lawyers

Patricia S. Dodszuweit, Clerk
June 30, 2025
Page 2 of 2

    As Plaintiffs have explained, the Supreme Court has previously concluded that "the sorts of weapons protected [are] those 'in common use at the time.'" *Cheeseman* Appellants-Cross-Appellees Reply & Cross-Response at 9, Doc. 49 (Feb. 7, 2025) (quoting *District of Columbia v. Heller*, 554 U.S. 570, 627 (2008)). Given that legal principle, the Supreme Court's binding conclusion that AR-15s, AK-47s, and .50 caliber rifles are "bought by many ordinary consumers" and that the AR-15 specifically is the most popular rifle platform in America make clear that they (and the other "substantially identical" arms with which New Jersey groups them) are categorically "common" and cannot be banned. *Smith & Wesson*, 145 S. Ct. at 1569.

                                                    Sincerely,

| | |
|---|---|
| Bradley Lehman | /s/ David H. Thompson |
| WHITEFORD TAYLOR & PRESTON | David H. Thompson |
| 600 N King Street | Peter A. Patterson |
| Suite 300 | William V. Bergstrom |
| Wilmington, DE 19801 | COOPER & KIRK, PLLC |
| (302) 295-5674 | 1523 New Hampshire Ave., NW |
| blehman@whitefordlaw.com | Washington, D.C. 20036 |
| | (202) 220-9600 |
| | dthompson@cooperkirk.com |

*Counsel for Cheeseman Appellants-Cross-Appellees*

cc: All counsel of record via CM/ECF