UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 24-2415, 24-2450, 24-2506
_____

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.;
BLAKE ELLMAN; MARC WEINBERG

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW
JERSEY STATE POLICE; RYAN MCNAMEE, in his official capacity as
Officer in Charge of the Chester Police Department; JOSEPH MADDEN,
in his official capacity as Chief of Police of the Park Ridge Police
Department

(1:18-cv-10207)

MARK CHEESEMAN; TIMOTHY CONNELLY; FIREARMS POLICY
COALITION, INC.
                          Appellants No. 24-2415

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW
JERSEY STATE POLICE; CHRISTINE A. HOFFMAN, in her official
capacity as Acting Gloucester County Prosecutor; BRADLEY D.
BILLHIMER, in his official capacity as Ocean County Prosecutor
                          Appellants No. 24-2450

(1:22-cv-04360)

BLAKE ELLMAN; THOMAS R. ROGERS; ASSOCIATION OF NEW
JERSEY RIFLE AND PISTOL CLUBS, INC.; MARC WEINBERG
                          Appellants No. 24-2506

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE POLICE; LT. RYAN MCNAMEE, in his official capacity as Officer in Charge of the Chester Police Department; KENNETH BROWN, JR., in his official capacity as Chief of the Wall Township Police Department

(1:22-cv-04397)

BEFORE: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and SMITH[*], *Circuit Judges*

_____

_____

ORDER SUA SPONTE REHEARING EN BANC

_____

The court, sua sponte, orders rehearing en banc in the above-captioned cases. The Clerk of Court shall list this matter for Wednesday, October 15, 2025 beginning at 9:30 a.m. in Philadelphia, PA.

BY THE COURT,

s/Michael A. Chagares
Chief Judge

Dated: August 21, 2025
JK/cc: All Counsel of Record

---

[*] Judge Smith has elected to participate as a member of the en banc court pursuant to 3d Cir. I.O.P. 9.6.4.