OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



August 21, 2025

Tasha J. Bahal, Esq.
William V. Bergstrom, Esq.
Angela Cai, Esq.
Jeremy Feigenbaum, Esq.
Timothy P. Harkness, Esq.
Christopher J. Ioannou, Esq.
Mitchell B. Jacobs, Esq.
Bradley Lehman, Esq.
Erin E. Murphy, Esq.
Peter A. Patterson, Esq.
Matthew Rowen, Esq.
Daniel L. Schmutter, Esq.
Timothy Sheehan, Esq.
David H. Thompson, Esq.
Daniel M. Vannella, Esq.

RE: Case No. 24-2415, 24-2450, 24-2506
Association of New Jersey Rifle and Pistol Clubs I, et al.
v. Attorney General New Jersey, et al.

Dear Counsel:

By Court order dated August 21, 2025, the above-mentioned cases are scheduled for argument en banc on Wednesday, October 15, 2025.  At this time, counsel are directed to submit additional copies of the following documents:

Appellants/Cross-Appellees
- 17 Copies of Brief of Appellants/Cross Appellees Association of New Jersey Rifle and Pistol Clubs, Inc., et al. – filed 11/18/24
- 9 Copies Joint Appendix of Appellants/Cross Appellees Association of New Jersey Rifle and Pistol Clubs, Inc., et al.– filed 11/18/24

- 17 Copies of Brief of Appellants/Cross-Appellees Mark Cheeseman, et al. – filed 11/18/24
- 17 Copies of 3rd Step Brief of Appellants/Cross-Appellees Mark Cheeseman, et al. – filed 2/7/25
- 17 Copies of 3rd Step Brief of Appellants/Cross-Appellees Association of New Jersey Rifle and Pistol Clubs, Inc., et al. – filed 2/7/25

Appellees/Cross-Appellants
- 17 Copies of Brief of Appellees/Cross-Appellants Superintendent New Jersey State Police, et al.– filed 01/08/25
- 17 Copies of 4th Step Brief of Appellees/Cross-Appellants Superintendent New Jersey State Police, et al. – filed 2/28/25

Amicus
- 17 Copies of Amicus Brief by Everytown for Gun Safety – filed 01/15/25
- 17 Copies of Amicus Brief by Massachusetts, et al. – filed 1/15/25
- 17 Copies of Amicus Brief by Giffords Law Center to Prevent Gun Violence, et al. – filed 1/15/25

Please submit the requisite copies of these documents to the Clerk no later than **Thursday, August 28, 2025**.

If you have any questions, please contact me.

Very truly yours,
Patricia S, Dodszuweit, Clerk

By: Shannon L. Colic
Case Scheduling Coordinator
267-299-4959