UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2450

ANJRPC, et al. vs. Atty Gen of NJ, et al.

Calendar Date: 10/15/2025
Location: Maris Courtroom

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Jeremy M. Feigenbaum

Designation of Arguing Counsel: Jeremy M. Feigenbaum

Member of the Bar: [✔] Yes  [ ] No

Representing (check only one):

[ ] Petitioner(s)  [ ] Appellant(s)  [ ] Intervenor(s)

[ ] Respondent(s)  [✔] Appellee(s)  [ ] Amicus Curiae

Please list the name of the lead party being represented:
Attorney General of New Jersey

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)