

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
OFFICE OF THE SOLICITOR GENERAL
PO BOX 080
TRENTON, NJ 08625-0080

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

JEREMY M. FEIGENBAUM
*Solicitor General*

April 24, 2026

**<u>VIA ECF</u>**

Patricia S. Dodszuweit, Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

> Re: *FRAP 28(j) Letter in Nos. 24-2415, 24-2450, and 24-2506, ANJRPC v. Attorney General and consolidated cases.*

Dear Ms. Dodszuweit,

Plaintiffs previously submitted a letter to this Court urging it to align with the decision of the D.C. Court of Appeals in *Benson v. United States*. This week, the D.C. Court of Appeals vacated that panel decision and set the case for en banc consideration. *See* Ex. A. Thus, a decision for Plaintiffs in this case would not only contradict the "unanimous position of other circuits," which this Court is "reluctant" to do, but also render the Third Circuit an outlier among our nation's appellate courts writ large. *Riccio v. Sentry Credit, Inc.*, 954 F.3d 582, 592 (3d Cir. 2020) (en banc) (citation omitted).

This Court should reach the same conclusion as its six sister circuits: New Jersey's assault weapons and LCM laws are constitutional.



Respectfully submitted,

JENNIFER DAVENPORT
*Attorney General of New Jersey*

By: */s/ Jeremy M. Feigenbaum*
JEREMY M. FEIGENBAUM
*Solicitor General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(862) 350-5800
Jeremy.Feigenbaum@njoag.gov

Word Count: 125
cc: All counsel (via ECF)



# Exhibit A

D.C. Court of Appeals En Banc Order

# District of Columbia
# Court of Appeals

**No. 23-CF-0514**

TYREE BENSON,

Appellant,

v.

FILED

APR 22 2026

DISTRICT OF COLUMBIA
COURT OF APPEALS

**2022-CF2-005996**

UNITED STATES,

Appellee,

    and

DISTRICT OF COLUMBIA,

Intervenor-Appellee.

BEFORE:   Blackburne-Rigsby, Chief Judge, and Beckwith, Easterly, McLeese, Deahl, Howard, and Shanker, Associate Judges.

## O R D E R

On consideration of intervenor-appellee District of Columbia's petition for rehearing en banc; and it appearing that a majority of the judges of this court has voted to grant the petition for rehearing en banc, it is

ORDERED that intervenor-appellee District of Columbia's petition for rehearing en banc is granted and the opinion and judgment of March 5, 2026, are hereby vacated. It is

FURTHER ORDERED that the Clerk shall schedule this matter for argument before the court sitting en banc as soon as the calendar permits. Oral argument time shall not exceed 45 minutes per side. It is

No. 23-CF-0514

FURTHER ORDERED that appellant shall file a brief within 30 days from the date of this order; appellee and intervenor-appellee shall file responsive briefs within 30 days after filing of appellant's opening brief; and any reply brief shall be filed within 21 days thereafter. Any amicus brief shall be filed within 7 days of the opening brief of the party it supports. These new briefs shall be specifically designed for consideration by and addressed to the en banc court and shall supersede all briefs previously filed in this appeal. The parties should focus their briefs on the following issues:

(1) Whether the District's ban on firearm magazines capable of holding "more than 10 rounds of ammunition" violates the Second Amendment, either facially or as applied, and, if so, which of appellant's convictions should be reversed as a result of that constitutional infirmity; and

(2) Whether the District's licensing and registration requirements violate the Second Amendment.

**PER CURIAM**

Copies e-served to:

Chrisellen R. Kolb, Esquire
Assistant United States Attorney

Katherine M. Kelly, Esquire
Assistant United States Attorney

Eric Hansford, Esquire
Assistant United States Attorney

Jaclyn S. Frankfurt, Esquire
Public Defender Service

Alice Wang, Esquire
Public Defender Service

**No. 23-CF-0514**

Caroline Van Zile, Esquire
Solicitor General - DC

Thais-Lyn Trayer, Esquire
Deputy Solicitor General - DC

Marcella Coburn, Esquire
Assistant Attorney General – DC

Erik P. Frederickson, Esquire

Shankar Duraiswamy, Esquire