# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 24-2415, 24-2450 & 24-2506

_____

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.;
BLAKE ELLMAN; MARC WEINBERG

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE POLICE;
OFFICER IN CHARGE OF THE CHESTER POLICE DEPARTMENT; CHIEF OF POLICE OF THE
PARK RIDGE POLICE DEPARTMENT

(D.C. No. 1:18-cv-10507)

MARK CHEESEMAN; TIMOTHY CONNELLY; FIREARMS POLICY
COALITION, INC.,
Appellants in No. 24-2415

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE POLICE;
GLOUCESTER COUNTY PROSECUTOR; OCEAN COUNTY PROSECUTOR,
Appellants in No. 24-2450

(D.C. No. 1:22-cv-04360)

BLAKE ELLMAN; THOMAS R. ROGERS; ASSOCIATION OF NEW
JERSEY RIFLE AND PISTOL CLUBS, INC.; MARC WEINBERG,
Appellants in No. 24-2506

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW
JERSEY STATE POLICE; OFFICER IN CHARGE OF THE CHESTER POLICE DEPARTMENT;
CHIEF OF THE WALL TOWNSHIP POLICE DEPARTMENT

(D.C. No. 1:22-cv-04397)
_____

Appeal from the U.S. District Court, D.N.J.
Judge Peter G. Sheridan

Before: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS,
PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT,
and SMITH, *Circuit Judges*

Argued before Merits Panel July 1, 2025
Argued en banc Oct. 15, 2025

JUDGMENT

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was reargued en banc on October 15, 2025.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on July 20, 2024, is hereby MODIFIED IN PART AND AFFIRMED IN PART AS MODIFIED, and REVERSED IN PART. This matter is REMANDED for further proceedings. All in accordance with the Opinion of this Court.

Costs will not be taxed.

ATTEST:

Dated: July 17, 2026

s/ Patricia S. Dodszuweit
Clerk