OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

July 17, 2026

Nicholas A. Aquart
Clement & Murphy
706 Duke Street
Alexandria, VA 22314

Tasha J. Bahal
Office of Attorney General of Massachusetts
One Ashburton Place
McCormack Building 18th Floor
Boston, MA 02108

William V. Bergstrom
Cooper & Kirk
1523 New Hampshire Avenue NW
Washington, DC 20036

Angela Cai
Office of Attorney General of New Jersey
25 Market Street
Richard J. Hughes Justice Complex
Trenton, NJ 08625

Janet Carter
Everytown Law
450 Lexington Avenue
P.O. Box 4184
New York, NY 10163

Jeremy Feigenbaum
Office of Attorney General of New Jersey
25 Market Street
Richard J. Hughes Justice Complex
Trenton, NJ 08625

Kathleen N. Fennelly
McElroy Deutsch Mulvaney & Carpenter
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

David N. Goldman
United States Department of Justice
Civil Rights Division, Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, DC 20044

Timothy P. Harkness
Freshfields US
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007

Christopher J. Ioannou
Office of Attorney General of New Jersey
Division of Law
25 Market Street
Hughes Justice Complex
Trenton, NJ 08625

Mitchell B. Jacobs
Cleary Giacobbe Alfieri & Jacobs
955 State Route 34
Suite 200
Matawan, NJ 07747

Bradley Lehman
Whiteford Taylor & Preston
600 N King Street
Suite 300
Wilmington, DE 19801

Jason Manion
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Erin E. Murphy
Clement & Murphy
706 Duke Street

Alexandria, VA 22314

Peter A. Patterson
Cooper & Kirk
1523 New Hampshire Avenue NW
Washington, DC 20036

Matthew Rowen
Clement & Murphy
706 Duke Street
Alexandria, VA 22314

Daniel L. Schmutter
Hartman & Winnicki
74 Passaic Street
Suite 101
Ridgewood, NJ 07650

Timothy Sheehan
Office of Attorney General of New Jersey
Division of Law
25 Market Street
Hughes Justice Complex
Trenton, NJ 08625

David H. Thompson
Cooper & Kirk
1523 New Hampshire Avenue NW
Washington, DC 20036

Daniel M. Vannella
Office of Attorney General of New Jersey
Division of Law
25 Market Street
Hughes Justice Complex
P.O. Box 112
Trenton, NJ 08625


RE: Association of New Jersey Rifle and Pistol Clubs I, et al v. Attorney General New Jersey,
et al
Case Numbers: 24-2415, 24-2450 & 24-2506
District Court Case Number: 1:22-cv-04397
District Court Case Number: 1:18-cv-10507
District Court Case Number: 1:22-cv-04360

ENTRY OF JUDGMENT

Today, **July 17, 2026,** the Court entered its judgment in the above-captioned matters pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ James King
Case Manager
267-299-4958