# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>24-2415, 24-2450, 24-2506</u>

Association of New Jersey Rifle and Pistol Clubs I, et al v. Attorney General New Jersey, et al

(U.S. District Court Nos.: 1:18-cv-10507, 1:22-cv-04360 & 1:22-cv-04397)

## ORDER

The Court entered an order staying the above-entitled case(s). All parties are directed to file a status report by **September 3, 2026** and every **thirty (30)** days thereafter until the stay is lifted.


For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:      August 04, 2026
JK/cc:    Nicholas A. Aquart, Esq.
William V. Bergstrom, Esq.
Angela Cai, Esq.
Jeremy Feigenbaum, Esq.
Christopher J. Ioannou, Esq.
Mitchell B. Jacobs, Esq.
Bradley Lehman, Esq.
Erin E. Murphy, Esq.
Peter A. Patterson, Esq.
Matthew Rowen, Esq.
Daniel L. Schmutter, Esq.
Timothy Sheehan, Esq.
David H. Thompson, Esq.
Daniel M. Vannella, Esq.