**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., ET AL., *Appellants/Cross-Appellees*, <br><br> v. <br> ATTORNEY GENERAL OF NEW JERSEY, ET AL., *Appellees/Cross-Appellants.* | Nos. 24-2415, 24-2450, 24-2506 <br><br> On Appeal from the United States District Court for the District of New Jersey (Nos. 1:18-cv-10507; 1:22-cv-04360; 1:22-cv-04397) |

---

**MOTION TO WITHDRAW AS COUNSEL FOR APPELLEES/CROSS-APPELLEES**

The undersigned hereby requests to withdraw as counsel for Appellees/Cross-Appellants New Jersey Attorney General et al. because his final day with the State of New Jersey is today, September 10, 2026. Appellees/Cross-Appellants will continue to be represented by other counsel who have already appeared in this matter.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Jeremy M. Feigenbaum*
Jeremy M. Feigenbaum

**CERTIFICATE OF COMPLIANCE**

I certify that:

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 50 words, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word 2019 and Times New Roman 14-point font.

*/s/ Jeremy M. Feigenbaum*
Jeremy M. Feigenbaum

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served via CM/ECF.

*/s/ Jeremy M. Feigenbaum*
Jeremy M. Feigenbaum