UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 24-2415, 24-2450 & 24-2506

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.; BLAKE ELLMAN; MARC WEINBERG

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE POLICE; OFFICER IN CHARGE OF THE CHESTER POLICE DEPARTMENT; CHIEF OF POLICE OF THE PARK RIDGE POLICE DEPARTMENT

MARK CHEESEMAN; TIMOTHY CONNELLY; FIREARMS POLICY COALITION, INC.,
Appellants in No. 24-2415
(D.C. No. 1:18-cv-10507)

V.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE POLICE; GLOUCESTER COUNTY PROSECUTOR; OCEAN COUNTY PROSECUTOR,
Appellants in No. 24-2450
(D.C. No. 1:22-cv-04360)

BLAKE ELLMAN; THOMAS R. ROGERS; ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.; MARC WEINBERG,
Appellants in No. 24-2506

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE POLICE; OFFICER IN CHARGE OF THE CHESTER POLICE DEPARTMENT; CHIEF OF THE WALL TOWNSHIP POLICE DEPARTMENT
(D.C. 1:22-cv-04397)

Present: CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT and SMITH, *Circuit Judges*

1. Motion filed by Attorney Jeremy Feigenbaum, Esq. for Appellees Attorney General New Jersey, Prosecutor Gloucester County, Prosecutor Ocean County and Superintendent New Jersey State Police in 24-2415, Attorney Jeremy Feigenbaum, Esq. for Appellants Superintendent New Jersey State Police, Prosecutor Gloucester County, Prosecutor Ocean County and Attorney General New Jersey in 24-2450, Attorney Jeremy Feigenbaum, Esq. for Appellees Superintendent New Jersey State Police, Prosecutor Gloucester County, Prosecutor Ocean County and Attorney General New Jersey in 24-2506 to withdraw as counsel.

Respectfully,
Clerk/JK

ORDER

The foregoing motion is granted.

By the Court,

s/ Arianna J. Freeman
Circuit Judge

Dated: September 15, 2026
Amr/Cc: All counsel of record