**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

Nos. 24-2415, 24-2450, 24-2506

---

ASSOCIATION OF NEW JERSEY RIFLE
AND PISTOL CLUBS, INC., ET AL.,
*Appellants / Cross-Appellees*,

v.

ATTORNEY GENERAL OF NEW JERSEY, ET AL.,
*Appellees / Cross-Appellants,*

---

On Appeal from the United States District Court for the District of New Jersey, Nos. 1:18-cv-10507; 1:22-cv-04360; 1:22-cv-04397 (Hon. Peter G. Sheridan, U.S.D.J.)

---

# JOINT STATUS REPORT

---

JENNIFER DAVENPORT
*Attorney General of New Jersey*

SUNDEEP IYER
*Solicitor General*

JAKE MAZEITIS
*Deputy Attorney General*

Office of the New Jersey
Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625-0080
(609) 696-3859
Jake.Mazeitis@njoag.gov

*Attorneys for Appellees / Cross-Appellants*

ERIN E. MURPHY
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com

*Attorney for Appellants / Cross-Appellees Blake Ellman, Thomas R. Rogers, Marc Weinberg, and Association of New Jersey Rifle and Pistol Clubs*

PETER A. PATTERSON
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
ppatterson@cooperkirk.com

*Attorney for Appellants / Cross-Appellees Mark Cheeseman, Timothy Connolly, and Firearms Policy Coalition, Inc.*

Appellees/Cross-Appellants filed their petition for certiorari on Thursday, October 1. *See Davenport v. ANJRPC*, No. 26-452. Appellants/Cross-Appellees have nothing additional to report.

Respectfully Submitted,

| | | |
|---|---|---|
| */s/ Jake Mazeitis* | */s/ Erin Murphy* | */s/ Peter Patterson* |
| Jake Mazeitis | Erin Murphy | Peter Patterson |

Dated: October 5, 2026